USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mohammed Fezzani, et al.,

                                    Plaintiffs,

        -against-

Bear, Stearns & Co., et al.,

                                    Defendants.
-----------------------------------------------------------X

**99 Civ. 793 (PAC) (RLE)**
**ORDER OF DISMISSAL**

        HONORABLE PAUL A. CROTTY, United States District Judge:

        The above entitled action has been on the Court's active docket since February 2, 1999,

and there having been no activity since October 24, 2008, it is,

        ORDERED, that the above-entitled action is DISMISSED.  The Clerk of Court is

directed to close this case.

Dated:  New York, New York
        September 30, 2009

                                                        SO ORDERED

                                                        _____
                                                        PAUL A. CROTTY
                                                        United States District Judge

*Copies E-mailed By Chambers.*

1