```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMMED FEZZANI, et al.,
                       Plaintiffs,

-against-

BEAR, STEARNS & COMPANY INC., et al.,
                       Defendants.
------------------------------------------------------------X

99 **CIVIL** 793 (PAC)

**JUDGMENT**

Defendants having moved for summary judgment, and in the alternative, Defendants move for dismissal of sanctions, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on January 5, 2018, having rendered its Opinion and Order granting the motion for summary judgment and denying the motion for sanctions as moot; and directing the Clerk of the Court to terminate this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 5, 2018, the motion for summary judgment is granted and the motion for sanctions is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
         January 10, 2018

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                           **BY:**
                                                          **Deputy Clerk**