MINTZ & GOLD LLP
ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

July 30, 2021

**By ECF**
Hon. Paul A. Crotty
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re: Fezzani, et al. v. Bear, Stearns & Co., et al., Case No. 1:99-cv-793(PAC)(KNF)

Dear Judge Crotty:

As Your Honor well knows, this Firm represents defendants Morris Wolfson, Aaron Wolfson, and Abraham Wolfson (collectively, the "Wolfson Defendants").[1]

We had 19 boxes of documents pertaining to the above-referenced matter delivered to our office on Tuesday afternoon, July 27, 2021, which boxes had been sent to storage years prior. These boxes represent almost the entirety of our office's hard-copy files in this matter. Since Tuesday afternoon, our office has diligently worked to identify the contents of each of the boxes, reviewing tens of thousands of pages in just a matter of days.

In accordance with the Court's July 26, 2021, Minute Entry Order, we attach to this letter a detailed summary of the contents of each of the 19 boxes, including indicating in bold red font where the contents of certain boxes are confidential and/or protected under the attorney-client privilege or work-product doctrine. The privilege designation applies in many instances because attorneys' notes are written on the documents.

---

[1] In the Amended Complaint [ECF 98], the Wolfson Defendants also included (1) Arielle Wolfson, (2) Tovie Wolfson, (3) Anderer Associates, (4) Boston Partners, (5) Wolfson Equities, (6) Chana Sasha Foundation, and (7) United Congregation Mesarah. Each of these defendants has been dismissed from this action. *Fezzani v. Bear, Stearns & Co. Inc.*, 592 F. Supp. 2d 410, 432 (S.D.N.Y. 2008) (dismissing all causes of action against all Wolfson Defendants), *aff'd in part, vacated in part*, 716 F.3d 18 (2d Cir. 2013), and *aff'd in part, vacated in part*, 527 F. App'x 89, 93 (2d Cir. 2013) (allowing state law claims of civil conspiracy to defraud and aiding and abetting fraud to proceed against only "Morris, Aaron, and Abraham Wolfson").

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Paul A. Crotty
July 30, 2021
Page Two

Plaintiffs' counsel previously served us with discovery requests. We will produce the relevant and non-privileged documents contained in the 19 boxes that are responsive to Plaintiffs' discovery requests.

Lastly, while not discussed with the Court during the July 26, 2021, conference, we respectfully request that Plaintiffs provide the Court with a similar listing of documents that they have in storage.

Respectfully submitted,

**MINTZ & GOLD LLP**

/s/ Marc B. Schlesinger
Marc B. Schlesinger
600 Third Ave., 25th Floor
New York, New York 10016
(212) 696-4848
schlesinger@mintzandgold.com

*Attorneys for the Wolfson Defendants*

cc:     All Counsel (via ECF)

# Inventory of 19 Boxes of Documents Concerning:

# Mohamed Fezzani, et al.
# v.
# Bear, Stearns & Company, Inc., et al.

# No. 99-cv-0793 (PAC) (KNF)

**Box 1**: Barcode - 322911
- Contains Previously Produced Documents relating to Wolfson Defendants, including Wolfson Equities, and Chana Sasha Foundation [AP20/ ARB 0000001 - 0001553], including:

1. Wolfson Equities / Wolfson
2. Chana Sasha Foundation / Wolfson
3-9. Correspondence / Wolfson
10. Legal / Wolfson

**Box 2**: Barcode - 322912
- Contains Previously Produced Documents relating to Wolfson Defendants [AP20/ ARB 0001554 - 0003793], including:

1-5. Customer Files / Wolfson

6. Subject Files / Wolfson

7. Finance Cardiac Science / Wolfson

8. McAndris / Wolfson

9. MAD / Wolfson

10. Other / Wolfson

11. Confidential Materials / Wolfson

**Box 3**: Barcode - 322913
- Contains Previously Produced Documents relating to Wolfson Defendants [AP 20/ ARB 0006204 - 0008546], including:

1-2. Corporate Finance: Breslow & Walker / Wolfson

3. Baron Group Agreements // Breslow & Walker

4. Baron Group Investor Agreement // Paperclip Imaging Warrants Issued

5. Corporate Finance: Paperclip / Wolfson

6. Corporate Finance: Breslow & Walker / Wolfson

7. Corporate Finance: Paperclip / Wolfson

**Box 4**: Barcode - 322914

| Redweld | Folder / Document | Privileged? |
|---|---|---|
| 1 | Discovery: Giddens v Wolfson & Giddens v Lifschitz) - privileged logs and various discovery requests & subpoenas | N |
| 2 | Appeal File - 4/25/03 SEC Release No. 33-7718, 34-41707. | N |
| 3 | Fahnestock, A.R. Baron & Bear Stearns Account Statement Summaries - Bates numbered (W000001-W000689) (previously produced documents) | N |
| | Miscellaneous non- bates numbered statements | N |
| | Wolfson statements & damages | N |
| | W/P Wolfson damages - Work Product | **PRIVILEGED** |
| | Wolfson - proofs of claim | N |
| | Billing Records (not producing) | **PRIVILEGED** |
| 4 | Fahnestock Statements | **PRIVILEGED** |
| 5 | Appeal - Supplemental Claim Forms with backup support | N |
| 6 | Wolfson damages & claim forms with support | N |

**Box 5**: Barcode - 322915 - A.R. Baron Bankruptcy Court Documents
- Case Number 96-8831A (PBA) SIPA

| Tab# | Description | Date | |
|---|---|---|---|
| | **Volume** | | |
| 1- | Subpoena for Rule 2004 Examination to : Morris Wolfson | 4/16/1998 | |
| 2- | Subpoena for Rule 2004 Examination to : Aaron Wolfson | 4/16/1998 | |
| 3- | Subpoena for Rule 2004 Examination to : Wolfson Equities | 4/16/1998 | |
| 4- | Subpoena for Rule 2004 Examination to : Arielle Wolfson | 4/16/1998 | |
| 5- | Subpoena for Rule 2004 Examination to : Abraham Wolfson | 4/16/1998 | |
| 6- | Subpoena for Rule 2004 Examination to : United Congregation Mesarah | 4/16/1998 | |
| 7- | Subpoena for Rule 2004 Examination to : Anderer Associates | 4/16/1998 | |
| 8- | Subpoena for Rule 2004 Examination to : Tovie Wolfson | 4/16/1998 | |
| 9- | Subpoena for Rule 2004 Examination to : Chana Sasha Foundation, Inc. | 4/16/1998 | |
| 10- | Subpoena for Rule 2004 Examination to : United Congregation of America | 4/16/1998 | |
| 11- | Subpoena for Rule 2004 Examination to : ACTA Realty | 4/16/1998 | |
| 12- | Subpoena for Rule 2004 Examination to : Boston Partners | 4/16/1998 | |
| 13- | Complaint | 7/2/1998 | **PRIVILEGED** |
| 14- | Complaint | 7/2/1998 | |
| 15- | Stipulation Extending Time | 9/29/1998 | |
| 16- | Notice of Settlement | 6/29/1999 | |
| 17- | Plaintiff's First Request for Production of Documents from All Defendants | 9/24/1999 | |
| 18- | Plaintiff's First Request for Production of Documents from All Defendants | 9/24/1999 | **PRIVILEGED** |
| 19- | Notice of Deposition of Steven Grodko | 11/3/1999 | |

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 20- | Defendants Responses and Objections to Plaintif's First Request for Production of Documents from all Defendants | 11/15/1999 |
| 21- | Amended Complaint | 11/17/1999 |
| 22- | Notice of Rule (B) (6) Deposition of Apollo Equities | 11/18/1999 |
| 23- | Notice of Depositions | 12/6/1999 |

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 24- | Atlas Stipulation and Order Regarding Settlement of Adversary Proceeding 98-8702A (1/2000) | 1/1/2000 |
| 25- | Iavarone & Albolote Stipulation and Order Regarding Jount Settlement of Adversary Proceedings (1/2000) | 1/1/2000 |
| 26- | Notice of Presentment | 1/13/2000 |
| 27- | Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents from all Defendants | 1/17/2000 |
| 28- | Answer | 1/24/2000 |
| 29- | Marino Stipulation and Order Regarding Settlement of Adversary Proceeding (2/2000) | 2/1/2000 |
| 30- | Bernstein Stipulation and Order Regarding Settlement of Adversary Proceeding (2/2000) | 2/1/2000 |
| 31- | Plaintiff's Response to Defendants First Set of Interrogatories | 2/25/2000 |
| 32- | Bauman Stipulation and Order Regarding Settlement of Adversary Proceeding (3/2000) | 3/1/2000 |
| 33- | McPhee Stipulation and Order Regarding Settlement of Adversary Proceeding | 3/14/2000 |
| 34- | Pashayan Stipulation and Order Regarding Settlement of Adversary Proceeding | 3/27/2000 |
| 35- | Lucia Stipulation and Order Regarding Settlement of Adversary Proceeding (5/2000) | 5/1/2000 |
| 36- | Bressman Stipulation and Order Regarding Settlement of Adversary Proceeding 98-8701A | 5/11/2000 |
| 37- | Notice of Presentment | 5/19/2000 |
| 38- | Davis Stipulation and Order Regarding Settlement of Adversary Proceeding (6/2000) | 6/1/2000 |
| 39- | Goldman Stipulation and Order | 6/21/2000 |
| 40- | Facchini Stipulation and Order Regarding Settlement of Adversary Proceeding | 7/13/2000 |
| 41- | Holt Stipulation and Order Regarding Settlement of Adversary Proceeding | 7/14/2000 |

| Tab # | Description | Date |
|---|---|---|
| | **Volume** | |
| 42- | Objection of W. Joint Venture and EDN Equities to Trustee's Determination of Restitution Fund Claims (Claim #s 1181 and 1186) | 7/21/2000 |
| 43- | Cypros Stipulation and Order Regarding Settlement of Adversary Proceeding (8/2000) | 8/1/2000 |
| 44- | Objection of Wolfson Equities and Abraham Wolfson to Trustee's Determination of Restitution Fund Claims (Claim #s 1183 and 1184) | 9/15/2000 |
| 45- | Application for Order Extending Discovery Deadline in Adversary Proceedings | 9/29/2000 |
| 46- | Order Extending Discovery Deadline in Adversary Proceedings (10/2000) | 10/1/2000 |
| 47- | Kaplan Stipulation and Order Regarding Settlement of Adversary Proceeding (10/2000) | 10/1/2000 |
| 48- | Notice of Presentment | 10/16/2000 |
| 49- | Ira & Deutsch Stipulation and Order Regarding Settlement of Adversary Proceeding (11/2000) | 11/1/2000 |
| 50- | Toland Stipulation and Order Regarding Settlement of Adversary Proceeding | 11/17/2000 |
| 51- | Kaplan & Bruno Stipulation and Order Regarding Settlement of Adversary Proceeding | 11/30/2000 |
| 52- | Fitzgerald Stipulation and Order Regarding Settlement of Adversary Proceeding (12/2000) | 12/1/2000 |
| 53- | (Undated) Effron Stipulation and Order Regarding Settlement of Adversary Proceeding 98-8692A (2001) | 1/1/2001 |
| 54- | Trustee's Motion to Uphold Determination of Claim of W Joint Venture and Expunge Objection to Trustee's Determination | 5/18/2001 |
| 55- | Application for Order Extending Discovery Deadline in Adversary Proceedings | 7/27/2001 |

| Tab # | Description | Date |
|-------|-------------|------|
| | **Volume** | |
| 56- | Report of the Trustee for the Liquidation of the Business of A.R. Baron & Co., Inc. Pursuant to Section (7)(b) of the Securities Investor Protection Act | 1/15/2002 |
| 57- | D.H. Blair Stipulation and Order Regarding Settlement of Adversary Proceeding | 2/2/2002 |
| 58- | Notice of Presentment of Order Regarding Settlement of Adversary Proceeding. 11/21/02 : Stipulation and Order Regarding Settlement of Adversary Proceeding 99-8322A | 2/2/2002 |
| 59- | Order Extending Discovery Deadline in Adversary Proceedings | 3/14/2002 |
| 60- | Judgement 4/11/02 : Order Granting Trustee's Motion for Summary Judgment | 4/17/2002 |
| 61- | Notice of Deposition (6/2002) | 6/1/2002 |
| 62- | Bernstein Stipulation and Order Regarding Settlement of Adversary Proceeding (11/2002) | 11/1/2002 |
| 63- | O'Hare Stipulation and Order Regarding Settlement of Adversary Proceeding (12/2002) | 12/1/2002 |
| 64- | Weissman Stipulation and Order Regarding Settlement of Adversary Proceeding (1/2003) | 1/1/2003 |
| 65- | Order Extending Discovery Deadline in Adversary Proceedings | 1/24/2003 |
| 66- | Voluntary Dismissal of Action | 1/28/2003 |
| 67- | Stipulation and Order Regarding Settlement of Adversary Proceeding 98/8711A Against Banque Audi Suisse - Geneve | 2/26/2003 |
| 68- | Affidavit of James B. Kobak, Jr. | 3/10/2003 |
| 69- | Trustee's Motion to Uphold Determinations of Restitutions Fund Claims of Abraham Wolfson, Wolfson Equities, and Anderer Associates and Expunge Objections to Trustee's Determinations as to Claims of Abraham Wolfson and Wolfson Equities | 3/10/2003 |
| 70- | Notice of Motion for an Order Upholding Trustee's Determinations of Claims of Abraham Wolfson, Wolfson Equities, and Anderer Associates and Expunging Objections to Trustee's Determinations as to Claims of Abraham Wolfson and Wolfson Equities | 3/10/2003 |
| 71- | Scanni Stipulation and Order Regarding Settlement of Adversary Proceeding | 4/4/2003 |
| 72- | Memorandum of Law in Opposition to Trustees Motion to Uphold Determinations of Restitution Fund | 5/5/2003 |

**PRIVILEGED**

| Tab# | Description | Date | |
|------|-------------|------|---|
| | **Volume** | | |
| | Claims of Abraham Wolfson, Wolfson Equities and Anderer Associates and Expunge Objections | | |
| 73- | Affidavit of Abraham Wolfson (Original) | 5/5/2003 | |
| 74- | Notice of Application for Order Pursuant to Section 105 and 554(a) of the Bankruptcy Code Authorizing the Trustee to Abandon and Destroy Records | 5/20/2003 | **PRIVILEGED** |
| 75- | Notice of Presentment of Order Regarding Settlement of Adversary Proceeding | 5/30/2003 | |
| 76- | Stipulation and Order Regarding Settlement of Adversary Proceeding 98-8700A Against Fahnestock & Co. Inc. and Phillip Lifschitz | 6/13/2003 | |
| 76-1 | Subpoena in Adversary Proceeding | 6/14/2003 | |
| 77- | Affidavit of Service | 6/20/2003 | |
| 78- | Stipulation and Order Regarding Settlement of Adversary Proceeding 98-8709A | 7/10/2003 | |
| 79- | Notice of Presentment of Order Regarding Settlement of Adversary Proceeding | 7/10/2003 | |
| 80- | Notice of Presentment of Order Regrding A.R. Baron Records | 7/16/2003 | |
| 81- | Stipulation and Order Regarding A.R. Baron Records | 7/16/2003 | |
| 82- | Withdrawl of Objections and Opposition (Original) | 8/4/2003 | |
| 83- | Voluntary Dismissal of Action | 9/9/2003 | |

**Box 6**: Barcode 322916 - Fezzani v. Bear Stearns Court Documents (2009 - 2010)
- Case Number 09-4414

Redwelds 1-2:

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Docketing Notice | 10/29/2009 |
| 2- | Letter to Clerk from Folkenflik, Declaration of Max Folkenflik in Opposition to Order to Show Cause to File Forms C and D, Form C - Civil Appeal Preargument Statement, Form D - Civil Appeal Transcript Information | 12/16/2009 |
| 3- | General Docket as of 12/16/09 | 12/16/2009 |
| 4- | Order re : Absent filing of timely opposition is Granted | 1/8/2010 |
| 5- | Letter re : Case Manager Substitution | 1/12/2010 |
| 6- | Order re : Camp Conference | 1/13/2010 |
| 6-1 | Acknowledgement and Notice of Apperance | 1/14/2010 |
| 6-2 | Letter to Court of Appeals, re : Scheduling Request | 1/22/2010 |
| 7- | Acknowledgement and Notice of Appearance of I. Sorkin | 1/26/2010 |
| 8- | Notice of Appearance for Substitute, Additional, or Amicus Counsel of Don Corbett | 1/27/2010 |
| 9- | Order re : CAMP rescheduled for 2/8/10 | 2/1/2010 |
| 10- | Amended Caption Notice | 2/3/2010 |
| 11- | Order, re : Appellants Baydel Ltd., Bootesville Trust, Cirenaca Foundation, Adam Chung, et al. filed a scheduling notification setting May 7, 2010 as the brief filing date | 2/4/2010 |
| 12- | 2/9/10 & 2/11/10 : Amended Caption Notices | 2/9/2010 |
| 13- | Response of Plaintiffs to the Letter Motion by Arthur Bressman, Pro se. To Dismiss the Appeal as Against Him | 3/23/2010 |
| 14- | Answer | 4/10/2010 |
| 15- | Letter to U.S. Court of Appeals for Second Circuit from Arthur Bressman, Pro se, re : Response to plaintiffs brief appealing motion to dismiss appeal as frivolous | 4/17/2010 |

| Tab # | Description | Date |
|---|---|---|
| | **Volume** | |
| 16- | Order re : Appellant Mohammed Fezzani's Motion to extend time to answer is Granted until 5/21/10 | 5/11/2010 |
| 17- | Amended Caption Notice | 5/19/2010 |
| 18- | Brief and Special Appendix for Plaintiffs-Appellants | 5/21/2010 |
| 19- | Brief and Special Appendix for Plaintiffs-Appellants with Joint Appendix Vol.'s  1 and 2 | 5/21/2010 |
| 19-1 | Stipulation, re : Apollo Defendants will be the beneficiary of any ruling issued by U.S. Court of Appeals for 2nd Circuit | 6/3/2010 |
| 20- | Appellee Barbara Dweck, et al. has biled a scheduling notification | 6/8/2010 |
| 21- | Anderer Associates has filed a scheduling notification | 6/10/2010 |
| 22- | Appellee Michael Reiter's scheduling notification | 9/17/2010 |

| Tab # | Description | Date |
|---|---|---|
| | **Volume** | |
| 23- | Brief for Defendant - Appellee Michael Reiter | 9/17/2010 |
| 24- | Brief for Defendant - Appellee Fahnestock & Co. Inc. | 9/17/2010 |
| 25- | Brief for Defendant - Appellees Isaac R. Dweck, et al. | 9/17/2010 |
| 26- | Brief for Defendant - Appellees Morris Wolfson, et al. (Dickstein) | 9/17/2010 |
| 27- | Brief of Bear, Stearns & Co. Inc., et al. | 9/17/2010 |
| 28- | Rule 26.1 Statement; Conclusion; Certificate of Compliance | 9/17/2010 |
| 28-1 | Oral Argument Statement of Howard Wilson (Richard Harriton - Appellee) | 10/4/2010 |
| 29- | Oral Argument Statement by D. Corbett | 10/5/2010 |
| 30- | Oral Argument Statement by Thomas J. Quigley | 10/5/2010 |
| 30-1 | Oral Arugment of Michael D. Schissel (Bear Stearns & Co., Inc., Bear Stearns Securities Corp - Appellees) | 10/7/2010 |
| 31- | Plaintiffs - Appellants Oral Argument Statement | 10/13/2010 |

32. Notice of Appearance for Substitute, Additional, or Amicus Counsel - N/D
33. Declaration of Howard Wilson - 12/30/2010

Redweld 3: Transcripts of Sentencing Proceedings - 5/26/04

Redweld 4: Memoranda Main File Insert - Bear Stearns Trades - 11/23/04 - **PRIVILEGED**

Redweld 5: Copy of Stuart Melnick's Brief for Defendants - Appellees Wolfson's et al. - 9/17/10

Redweld 6:
1. Orange Folder - Donald A. Corbett Correspondence Re: General - 6/2010
2. Folder - Pleadings - 5/2013

**Box 7**: Barcode - 322917 - A.R. Baron Bankruptcy Documents
- Case Number 96-8831A (PCB) SIPA; Adversary Proceeding Number 98-8709A.

Redweld 1:

| Tab# | Description | Date | |
|---|---|---|---|
| | **Volume** | | |
| 1- | Amended Complaint | 11/19/1999 | |
| 2- | Defendant's Responses and Objections to Plaintiff's First Request for Production of Documents from All Defendants | 1/17/2000 | |
| 3- | Plaintiff's Response to Defendant's First Request for Production of Documents | 2/25/2000 | |
| 3-1 | Report of the Trustee for the Liquidation of the Business of A.R. Baron & Co., Inc. Pursuant to Section 7(d) of the Securities Investor Protection Act | 1/15/2002 | |
| 4- | Order Extending Discovery Deadline in Adversary Proceedings | 3/14/2002 | |
| 5- | Jonathan Hoff Deposition | 7/17/2002 | |
| 6- | Trustee's Eighteenth Interim Report for the Period August 1,2002 through February 28,2003 | 3/26/2003 | **PRIVILEGED** |
| 7- | Notice of Motion for Order Authorizing Closing of Restitution Fund and Distribution of Restitution Fund Surplus to the A.R. Baron Estate, or as Otherwise Directed by the Court 10/15/99 : Stipulation and Order Regarding Settlement with Bear, Stearns Securities Corp. | 4/23/2003 | **PRIVILEGED** |
| 8- | Motion for Order Authorizing Closing of Restitution Fund and Distribution of Restitution Fund Surplus to the A.R. Baron Estate, or as Otherwise Directed by the Court | 4/23/2003 | |
| 9- | Affidavit of Morris Wolfson (5/2003) | 5/1/2003 | |
| 10- | Trustee's Application for Orders Approving the Allocation of Property of the Estate Between the Customer Property Fund and the General Estate and Approving Final Distribution | 5/5/2003 | |
| 11- | Memorandum of Law In Opposition to Trustee's Motion to Uphold Determinations of Restitution Fund Claims of Abraham Wolfson, Wolfson Equities and Anderer Associates and Expunge Objections | 5/5/2003 | |
| 12- | Affidavit of Arielle Wolfson | 5/5/2003 | |
| 13- | Affidavit of Abraham Wolfson | 5/5/2003 | |
| 14- | Affidavit of Aaron Wolfson | 5/5/2003 | |
| 14-1 | Notice of Presentment | 5/5/2003 | |
| 15- | Declaration of Andrew E. Bressman | 5/7/2003 | |

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 16- | Declaration of Bruce E. Baker | 5/7/2003 |
| 17- | Trustee's Reply Memorandum in Further Support of Motion to Uphold Determinations of Claim of Abraham Wolfson, Wolfson Equities, and Anderer Associates and Expunge Objections to Trustee's Determinations as to Claims of Abraham Wolfson and Wolfson Equities | 5/7/2003 |
| 18- | Opposition to Trustee's Motion for Order Authorizing the Closing of Restitution Fund and Distribution Fund Surplus to the A.R. Baron Estate, or as Otherwise Directed by the Court | 5/19/2003 |
| 19- | Notice of Presentment of Order Regarding Settlement of Adversary Proceeding as Against Fahnestock & Co., Inc. and Phillip Lifschitz | 5/26/2003 |
| 20- | Order Approving the Allocation of Property of the Estate between the Customer Property Fund and the General Estate and Approving Final Distributions | 6/12/2003 |
| 21- | Order Pursuant to Sections 105 and 554(a) of the Bankruptcy Code Authorizing the Trustee to Abandon and Destroy Records | 6/12/2003 |
| 22- | Summary Sheet | 6/17/2003 |
| 23- | Trustees Reply Memorandum in Further Support of Motion for Order Authorizing Closing of Restitution Fund and Distribution of Restitution Fund Surplus to A.R. Baron Estate, or as Otherwise Directed by the Court | 6/20/2003 |
| 24- | Trustee's Final Report and Account and Related Relief | 12/30/2003 |

Redweld 2:

 Folder 1 - Plaintiff's Amended Complaint with Attorney Notes - 4/7/2005 -
**PRIVILEGED**

 Folder 2:

- Memorandum of Law in Opposition to the Defendant's Motion to Dismiss First Amended Complaint
- Copies
- Withdrawal of objections and opposition - 8/4/2003
- Notice of Motion to Dismiss - 5/9/2005
- Memorandum of Law by Barry Gesser and Apollo Equities in Support of Motion to Dismiss - 5/9/2005
- Affidavit of Donald A. Corbett
- Notice of Motion to Dismiss - 5/9/2005 (duplicate)
  Memorandum of Law - Wolfson Defendants to Dismiss Pursuant to FRCP

**Box 8**: Barcode - 322918 - Fezzani v. Bear Stearns
- Case Number 99-0793

1. Redweld - Discovery / Research - **PRIVILEGED**
2. Binder - **Contains Some Privileged Documents**

| TAB | DATE | DESCRIPTION |
|-----|------|-------------|
| 1 | 2/2/99 | Complaint for Securities Fraud, Market Manipulation, Rico & Common Law Claims |
| 2 | 8/6/99 | Affidavit in Support of the Apollo and Wolfson Defendants' Motions to Dismiss the Complaint. |
| 3 | 8/8/99 | Memo of Law in Support of the Wolfson Defendants, Anderer Associates, Boston Partners, Wolfson Equities, Turner Scharer, The Chana Sasha Foundation, The United Congregation Mesarah, Barry Gesser, Michael Ryder and Apollo Equities' Motion to Dismiss The Complaint |
| 4 | 11/17/99 | Stipulation and Order |
| 5 | 2/14/00 | Stipulation and Order |
| 6 | 4/19/00 | Memo of Law of Isaac R. Dweck, Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck and Jack Dweck in Support of Their Motion to Dismiss The Complaint. |
| 7 | 8/11/00 | Order  (The motions to dismiss are denied without prejudice and with leave to refile pending Judge Sprizzo's class certification determination) |
| 8 | 9/6/00 | Notice of Change in Firm Name |
| 9 | 4/6/04 | Memorandum Opinion & Order |
| 10 | 4/20/04 | Stipulation |
| 11 | 4/20/04 | Notice of Motion for Reconsideration or Reargument |
| 12 | 5/4/04 | Memo of Apollo Defendants in Opposition to Plaintiffs' Motion for Reconsideration or Reargument |
| 13 | 5/4/04 | Memo of Law of Fahnestock & Co. Inc. in Opposition to Plaintiffs' Motion for Reconsideration or Reargument |
| 14 | 5/4/04 | Memo of Wolfson Defendants in Opposition to Plaintiffs' Motion for Reconsideration or Reargument |
| 15 | 5/4/04 | Memo of Law of Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp., and Richard Harriton in Opposition to Plaintiffs' Motion for Reconsideration or Reargument |
| 16 | 5/7/04 | Memo of Law of Isaac R. Dweck, Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck and Jack Dweck in Opposition to Plaintiff's Motion for Reconsideration or Reargument. . |
| 17 | 5/19/04 | Consent To Change Attorneys & Affidavit in Support of Change Attorneys |
| 18 | 5/25/04 | Stipulation |
| 19 | 6/16/04 | Sur-Reply Memo of Law of Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp., and Richard Harriton in Opposition to Plaintiffs' Motion for Reconsideration or Reargument |
| 20 | 6/16/04 | Sur-Reply Memo of Fahnestock & Co. Inc. in Further Opposition to Plaintiffs' Motion for Reconsideration or Reargument. |

| 21 | 8/9/04 | Memorandum Opinion & Order |
| 22 | 8/16/04 | Notice of Motion to Withdraw as Attorneys for Barry Gesser & Apollo Equities |
| 23 | 9/23/04 | Declaration of Max Folkenflick in Support of Plaintiffs' Motion for Leave to File First Amended Complaint |

3. Redweld - Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the First Amended Complaint; SDNY CM/EF Version 3.0L - Docket Report

**Box 9**: Barcode - 322919

- Baxter, et al. v. A.R. Baron & Co., et al. - Case Number 94-3913

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 1- | Amended Complaint | 9/1/1994 |
| 2- | Notice of Motion | 2/24/1995 |
| 3- | Memorandum of Law in Support of J. Morton Davis Motion to Dismiss under Rule 12(b)(6) and Rule 9(b) | 2/24/1995 |
| 4- | Memorandum of Law in Support of D.H. Blair & Co., Inc.'s Motion to Dismiss under Rule 12(b)(6) and Rule 9(b) | 2/24/1995 |
| 5- | Memorandum of Law of Defendants Jeffery Weissman, Martin Weissman, and Seymour Weissman in Support of Motion to Dismiss the Second Amended Complaint | 3/17/1995 |
| 6- | Memorandum of Law in Support of The Baron Defendants Motion to Dismiss | 3/21/1995 |
| 7- | Reply Memorandum of J.Morton Davis | 4/28/1995 |
| 8- | Reply Memorandum of D.H. Blair & Co., Inc. | 4/28/1995 |
| 9- | Reply Memorandum of Law of Defendants Jeffery Weissman, Martin Weissman, and Seymour Weissman in Support of Motion to Dismiss the Second Amended Complaint | 5/1/1995 |
| 10- | Reply Memorandum of Law in Support of The Baron Defendants Motion to Dismiss | 5/1/1995 |
| 11- | Third Amended Complaint | 11/10/1995 |
| 12- | Memorandum of Law in Support of the Baron Defendants Motion to Dismiss The Third Amended Complaint | 1/8/1996 |
| 13- | Memorandum of Law of Defendants Jeffrey Weissman, Seymour Weissman, as Guardian of Jeffrey Weissman, and Martin Weissman in Support of Motion to Dismiss Third Amended Complaint | 1/8/1996 |
| 14- | Memorandum of Law in Support of D.H. Blair & Co., Inc.'s Motion to Dismiss under Rule 12(b)(6) and Rule 9(b) | 1/17/1996 |
| 15- | Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss the Third Amended Complaint | 2/5/1996 |
| 16- | Reply Memorandum of J.Morton Davis | 2/22/1996 |
| 17- | Reply Memorandum of Law in Support of The Baron Defendants Motion to Dismiss the Third Amended | 2/22/1996 |

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| | Complaint | |
| 18- | Reply Memorandum of D.H. Blair & Co., Inc. | 2/22/1996 |
| 19- | Reply Memorandum of Law of Defendants Jeffrey Weissman, Seymour Weissman, as Guardian of Jeffrey Weissman, and Martin Weissman in Support of Motion to Dismiss Third Amended Complaint | 2/22/1996 |
| 20- | Docket Sheet | 5/28/1999 |

- Goldberger v. Bear Stearns - Case Number 98-8677

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Class Action Complaint | 12/7/1998 |

- Levitt v. Bear Stearns - Case Number 99-1115

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Class Action Complaint | 2/9/1999 |
| 2- | *Class Action Complaint* | *1/19/1229* |

- Greenberg v. Bear Stearns - Case Number 99-0359

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Class Action Complaint | 1/19/1999 |
| 2- | Docket Sheet | 7/1/1999 |

- Berecky, et al. v. Bear Stearns, et al. - Case Number 97-5318

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Jury Trial Demanded Class Action Complaint | 7/18/1997 |
| 2- | Amended and Consolidated Class Action Complaint | 4/1/1998 |
| 3- | Affidavit of Dennis J. Block | 6/18/1998 |
| 4- | Defendants Memorandum of Law In Support of Motion to Dismiss Amended and Consolidated Class Action Complaint | 6/18/1998 |
| 5- | Plaintiffs Memorandum of Law In Opposition to Defendants Motion to Dismiss | 8/12/1998 |
| 6- | Order to All Counsel | 10/20/1998 |
| 7- | Docket Sheet | 5/14/1999 |

**PRIVILEGED**

18

- A.R. Baron & Co., Inc. (Bankruptcy) - Case Number 96-8831

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 84- | Objection of W. Joint Venture and EDN Equities to Trustee's Determination of Restitution Fund Claims (Claim #'s 1181 and 1186) | 6/21/2007 |

- Schwartz v. Bear Stearns - Case Number 97-603795

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 1- | Order Dismissing the Complaint | 8/24/1998 |
| 2- | Docket Sheet | 7/2/1999 |

- Thomas v. A.R. Baron & Co., et al. - Case Number 95-1615

| Tab# | Description | Date | |
|------|-------------|------|---|
| | **Volume** | | |
| 1- | Docket Sheet | 3/9/1999 | **PRIVILEGED** |

19

**Box 10**: Barcode - 322920
- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

Redweld 1:
1. Attorney Work Product - Letter from 9/11/2007 to Judge Crotty with notes and copy of First Amended Complaint - **PRIVILEGED**
2. Attorney Work Product  - West Law Research with notes - **PRIVILEGED**

Redweld 2: Binder of Miscellaneous Pleadings 4/4 (48-61)

| 48 | 5/9/05 | Declaration of Jonathan N. Francis in Support of Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp., and Richard Harriton's Motion to Dismiss the First Amended Complaint |
| 49 | 8/5/05 | Reply Memorandum of Law of Isaac R. Dweck, Individually and as Custodian for Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck and Jack Dweck in Support of Their Motion to Dismiss the First Amended Complaint. |
| 50 | 8/8/05 | Reply Memorandum of Law of Fahnestock & Co. Inc. in Support of its Motion to Dismiss the Amended Complaint |
| 51 | 8/8/05 | Reply Memo of Wolfson Defendants in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) |
| 52 | 8/8/05 | Reply Memo of Barry Gesser and Apollo Equities in Support of Their Motion to Dismiss the Amended Complaint |
| 53 | 8/8/05 | Reply Memo of Law of Richard Harriton in Support of his Motion to Dismiss the First Amended Complaint |
| 54 | 8/8/05 | Reply Memo of Law of Bear, Stearns & Co. Inc. and Bear, Stearns Securities Corp. in Support of Their Motion to Dismiss the First Amended Complaint |
| 55 | 8/24/05 | Babnick Affirmation in Further Support of Motion to Withdraw as Counsel for Donald & Co. |
| 56 | 9/15/05 | Order & Affidavit to Substitute Counsel & Consent to Change Attorneys |
| 57 | 7/31/06 | Notice of Change of Firm Name & Attorney Information |
| 58 | 5/16/07 | Order |
| 59 | 5/21/07 | Notice of Reassignment |
| 60 | 6/6/07 | Defendants' Summary |
| 61 | 6/13/07 | Plaintiffs' Case Summary |

**Box 11**: Barcode - 322921

Redweld 1: Bressman Bankruptcy - Case Number 97-02945 - Docket; Filed Court Documents

Redweld 2: Ira Lee Sorkin Working File:

1. Brief for the Securities and Exchange Commission as Amicus Curiae Supporting the Petition for Rehearing or Rehearing En Banc - 6/20/2013
2. Petition for Panel Rehearing and/or Rehearing En Banc of Opinion Dated May 7, 2013 (multiple copies)
3. Wolfson Appeal - Docket - 7/11/2003; Various Filed Court Documents
4. Wolfson Fezzani - Plaintiff's First Amended Complaint for Securities Fraud, Market Manipulation, RICO and Common Law Claims - 4/7/2005
5. SEC - Health Professionals Inc. & Cypros Pharmaceutical Corp., et al.; Condensed Transcript and Concordance, Morris Wolfson - 9/21/95
6. Wolfson Appeal - Docket (copy) - 7/11/2003
7. Robert B. Wasserman v. Bressman et al. 454 Recover Money/Property - Docket - 2/26/2000
8. Kinder et al. v. Bressman 426 Dischargeability 523 - Docket - 8/21/2000
9. U.S. Bankruptcy Court District of New Jersey (Newark) Bankruptcy Petition #: 96-25926-DHS - Docket - 7/26/2004

Folder: Privileged Documents

10. In Re A.R Baron & Co., Inc. Memorandum Decision Granting Defendant's Motion to Dismiss the Amended Complaint - Legale.com printout - July 24, 2002 - **PRIVILEGED**
11. Draft Answer by Ira Lee Sorkin - 6/9/2015 - **PRIVILEGED**

Redweld 3: Pleadings:

- Fezzani v. Bear Stearns - Case Number 09-4414
1. Fezzani v. Bear Stearns - Order - 6/20/2013
2. Fezzani v. Bear Stearns - Stipulation - 6/24/2013
3. Fezzani v. Bear Stearns - Order - 6/3/2013
4. Response in Opposition to Petition for Panel Rehearing and/or Rehearing En Banc by Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp. and Richard Harriton - 7/8/2013
5. Petition for Panel Rehearing and/or Rehearing En Banc of Opinion Dated May 7, 2013
6. Fezzani v. Bear Stearns - Order - 6/27/2013
7. Fezzani v. Bear Stearns - SEC's Motion for Leave to File an *Amicus Curiae* Brief in Support of a Petition for Rehearing or Rehearing En Banc - 5/21/2013

Redweld 4: Fezzani v. Bear Stearns - Joint Appendix (Volumes 1&2)

Redweld 5: Research - **PRIVILEGED**

Redweld 6: Research: General - **PRIVILEGED**

**Box 12**: Barcode - 322922
- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793
  1. Binder of Miscellaneous Pleadings 2/4 (24-35)

| | | Leave to File First Amended Complaint |
|----|----------|---------------------------------------------------------------------|
| 24 | 9/23/04 | Plaintiffs' First Amended Complaint for Securities Fraud, Market Manipulation, Rico and Common Law Claims |
| 25 | 10/27/04 | Plaintiffs' Memo of Law in Support of Their Motion for Leave to File a First Amended Complaint |
| 26 | 11/17/04 | Memo of Defendants Barry Gesser and Apollo Equities in Opposition to Plaintiffs' Motion for Leave to File a First Amended Complaint |
| 27 | 11/17/04 | Memo of Wolfson Defendants in Opposition to Plaintiffs' Motion for Leave to File a First Amended Complaint |
| 28 | 11/17/04 | Memo of Law of Fahnestock & Co. Inc. in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint |
| 29 | 11/17/04 | Declaration of John E. Tardera in Opposition to Motion to Amend |
| 30 | 11/17/04 | Memo of Law of Isaac R. Dweck, Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck and Jack Dweck in Opposition to Plaintiffs' Motion for Leave to File a First Amended Complaint. |
| 31 | 12/3/04 | Plaintiffs' Reply Memo of Law in Support of Their Motion for Leave to File a First Amended Complaint |
| 32 | 3/1/05 | Memorandum Opinion & Order |
| 33 | 3/17/05 | Order |
| 34 | 4/7/05 | Plaintiffs' First Amended Complaint for Securities Fraud, Market Manipulation, Rico and Common Law Claims |
| 35 | 4/7/05 | Notice of Motion of Defendant Fahnestock & Co. Inc. to Dismiss the Amended Complaint |

  2. Binder of Miscellaneous Pleadings 3/4 (36-47)

| | | |
|----|---------|---------------------------------------------------------------------|
| 36 | 4/8/05 | Plaintiffs' Memo of Law in Opposition to Defendants' Motions to Dismiss the First Amended Complaint |
| 37 | 5/9/05 | Memo of Wolfson Defendants to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) |
| 38 | 5/9/05 | Memo of Law of Barry Gesser and Apollo Equities in Support of their Motion to Dismiss the Amended Complaint. |
| 39 | 5/9/05 | Notice of Motion Filed by the Dweck Defendants'. Dismissing with Prejudice all Claims Asserted Against them in the First Amended Complain in the Above-Captioned Matter, and Granting Such Other and Further Relief as the Court Deems Just and Proper. |
| 40 | 5/9/05 | Memo of Law of Isaac R. Dweck, Individually and as Custodian for Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck and Jack Dweck in Support of Their Motion to Dismiss the First Amended Complaint. |
| 41 | 5/9/05 | Notice of Motion Filed by Barry Gesser, Apollo Equities. to Dismiss the Amended Complaint. |
| 42 | 5/9/05 | Affirmation of Donald A. Corbett |
| 43 | 5/9/05 | Memorandum of Law of Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp., and Richard Harriton in Support. of Their Motion to |

| | | Dismiss the First Amended Complaint. |
|---|---|---|
| 44 | 5/9/05 | Notice of Motion of Defendant Fahnestock & Co. Inc. to Dismiss the Amended Complaint |
| 45 | 5/9/05 | Notice of Motion Filed by the Wolfson Defendants' to Dismiss the Amended Complaint |
| 46 | 5/9/05 | Notice of Motion – Oral Argument Requested |
| 47 | 5/9/05 | Memo of Law of Fahnestock & Co. Inc. in Support of its Motion to Dismiss the Amended Complaint. |

**Box 13**: Barcode - 322923
- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

Redweld 1:

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 56- | Letter dated 6/6/05 to Judge Casey from Max Folkenflik | 6/6/2005 |
| 57- | Letter dated 6/15/05 to Judge Casey from Max Folkenflik | 6/15/2005 |
| 58- | Letter dated 6/29/05 to Judge Casey from Max Folkenflik | 6/29/2005 |
| 59- | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the First Amended Complaint | 7/8/2005 |
| 60- | Reply Memorandum of Law of Isaac Dwek, Individually and as Custodian for Nathan Dweck, Barbara Dweck, Morris Dweck, Ralph Dweck and Jack Dweck in Support of their Motion to Dismiss the First Amended Complaint | 8/5/2005 |
| 61- | Reply Memorandum of Law of Fahnestock & Co. Inc., in Support of their Motion to Dismiss the Amended Complaint | 8/8/2005 |
| 62- | Reply Memorandum of Wolfson Defendants in Support of Motion to Dismiss Pursuant to Federal Rule Civil Procedure 12(B)(1) and 12(B)(6) | 8/8/2005 |
| 63- | Reply Memorandum of Law of Richard Harriton in Support of His Motion to Dismiss First Amended Complaint | 8/8/2005 |
| 64- | Reply Memorandum of Barry Gesser and Apollo Equities in Support of their Motion to Dismiss the Amended Complaint | 8/8/2005 |
| 65- | Reply Memorandum of Law of Bear, Stearns & Co. Inc. and Bear, Stearns Securities Corp. in Support of their Motion to Dismiss the First Amended Complaint | 8/8/2005 |
| 66- | Letter dated 8/10/05 to Judge Casey from Max Folkenflik | 8/10/2005 |
| 67- | Babnick Affirmation in Further Support of Motion to Withdraw as Counsel for Donald & Co. | 8/24/2005 |
| 68- | Order and Affidavit of Substitution | 9/15/2005 |
| 69- | Affidavit of Donald Corbett | 9/17/2005 |

Redweld 2:

| Tab# | Description | Date | |
|---|---|---|---|
| | **Volume** | | |
| 70- | Notice of Representation by Jasroslawicz & Jaros for Isaac B. Dweck, Richard Dweck, and Hank Dweck in regaurds to their removal from case caption | 5/18/2006 | |
| 71- | Notice of Change of Firm Name and Attorney Information | 7/31/2006 | |
| 72- | Order | 5/16/2007 | |
| 73- | Notice of Reassignment | 5/21/2007 | |
| 73-1 | Joint Summary (draft) | 5/30/2007 | **PRIVILEGED** |
| /4- | Defendants' Summary | 6/6/2007 | **PRIVILEGED** |
| 75- | Letter dated 6/6/07 to Judge Crotty | 6/6/2007 | |
| 76- | Plaintiffs' Case Summary | 6/13/2007 | |
| 77- | Letter dated 6/13/07 to Judge Crotty | 6/13/2007 | |
| 78- | Stipulation, Case to Remain Non-ECF Status | 8/8/2007 | |
| 79- | 9/18/07 Letter to Judge on Behalf of Arthur Bressman Moving to Dismiss the First Amended Complaint Against him in its Entirety | 9/18/2007 | |
| 80- | Letter to Judge Crotty re: Impact of a Dismissal of the Claims against the Wolfson Defendants on the Grounds of lack of subject matter Jurisdiction | 10/24/2007 | |
| 81- | Letter to Judge on behalf of Wolsons in Response to Plaintiffs' Counsel's Letter dated 10/25/07 | 10/26/2007 | |
| 82- | Notice of Appeal by Plaintiff's | 10/19/2009 | |

Redweld 3: Research - SOL; FRCP 9; Fiduciary Duty - **PRIVILEGED**
Redweld 4: Research - Reply Brief #1 (Various Folders) - **PRIVILEGED**
Redweld 5: Research - Reply Brief #2 (Various Folders) - **PRIVILEGED**

**Box 14**: Barcode - 322924 - Several emails not privileged, rest of box privileged
- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

Redweld 1: Miscellaneous correspondence with opposing counsel
Redweld 2: Research: General - **PRIVILEGED**
Redweld 3: Research: Motion to Dismiss - **PRIVILEGED**
Redweld 4: Research: Motion to Dismiss - **PRIVILEGED**

**Box 15**:

- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 1- | Complaint for Securities Fraud, Market Manipulation, Rico and Common law Claims | 2/2/1999 |
| 2- | Memorandum of Law of Isaac R. Dweck, Nathan Dweck Barbara Dweck Morris Dweck, Ralph Dweck and Jack Dweck in Support of Their Motion to Dismiss the Complaint | 8/6/1999 |
| 3- | Affidavit in Support of the Apollo and Wolfson Defendants' Motion to Dismiss the Complaint | 8/6/1999 |
| 4- | Memorandum of Law in Support of Defendants Morris Wolfson, Arielle Wolfson, Aaron Wolfson, Abraham Wolfson, Tovie Wolfson, Anderer Associates, Boston Partners, Wolfson Equities, Turner Scharer, The Chana Sasha Foundation, The United Congregation Mesarah, Barry Gesser, Michael Ryder and Apollo Equities' Motion to Dismiss the Complaint | 8/8/1999 |
| 5- | Stipulation and Order | 12/17/1999 |
| 6- | Stipulation and Order | 2/14/2000 |
| 7- | Order | 8/11/2000 |
| 8- | Notice of Change in Firm Name | 9/6/2000 |
| 9- | Letter to Judge Casey dated 7/26/02 from Max Folkenflik with Attached Exhibits A & B | 7/26/2002 |
| 10- | Lette to Judge Casey dated 8/1/02 from David Weintraub and Attached Exhibits A & B | 8/1/2002 |

**PRIVILEGED** (at Tab 2)

**PRIVILEGED** (at Tab 4)

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 11- | Memorandum Opinion & Order | 4/6/2004 |
| 12- | Notice of Motion for Reconsideration or Reargument | 4/20/2004 |
| 13- | Stipulation | 4/20/2004 |
| 14- | Memorandum of Wolfson Defendants in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 5/4/2004 |
| 15- | Memorandum of Apollo Defendants in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 5/4/2004 |
| 16- | Memorandum of Law of Fahnestock & Co. Inc. in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 5/4/2004 |
| 17- | Memorandum of Law of Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp., and Richard Harriton in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 5/4/2004 |
| 18- | Memorandum of Law of Isaac Dweck, Nathan Dweck, Barbara Dweck, Morris Dweck, Ralph Dweck and Jack Dweck in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 5/7/2004 |
| 19- | Consent to Change Attorneys & Affidavit in Support | 5/19/2004 |
| 20- | Stipulation | 5/25/2004 |
| 21- | Sur-Reply Memorandum of Fahnestock & Co. Inc. in Further Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 6/16/2004 |
| 22- | Sur-Reply Memorandum of Law of Bear, Stearns & Co. Inc., and Bear, Stearns Securities Corp., and Richard Harriton in Opposition to Plaintiffs' Motion for Reconsideration or Reargument | 6/16/2004 |
| 23- | Memorandum Opinion & Order | 8/9/2004 |
| 24- | Notice of Motion to Withdraw as Attorneys for Barry Gesser & Apollo Equities & Affidavit in Support | 8/16/2004 |

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 25- | Letter to Judge Casey dated 9/2/04 from Max Folkenflik | 9/22/2004 |
| 26- | Plaintiffs' First Amended Complaint for Securities Fraud, Market Manipulation, Rico and Common Law Claims | 9/23/2004 |
| 27- | Letter to Judge Casey dated 10/6/04 from Max Folkenflik | 9/22/2004 |
| 28- | Notice of Court Conference | 10/14/2004 |
| 29- | Plaintiffs' Memorandum of Law in Support of Their Motion for Leave to File a First Amended Complaint | 10/27/2004 |
| 30- | Declaration of Max Folkenflik in Support of Plaintiffs' Motion for Leave to File First Amended Complaint | 10/27/2004 |
| 31- | Memorandum of Defendants Barry Gesser and Apollo Equities in Oppositionto Plaintiffs' Motion for Leave to file a First Amended Complaint | 11/17/2004 |
| 32- | Memorandum of Wolfson Defendants  in Oppositionto Plaintiffs' Motion for Leave to file a First Amended Complaint | 11/17/2004 |
| 33- | Memorandum of Law of Isaac Dweck, Nathan Dweck, Barbara Dweck, Morris Dweck, Ralph Dweck and Jack Dweck in Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint | 11/17/2004 |
| 34- | Declaration of John Tardera in Opposition to Motion to Amend | 11/17/2004 |
| 35- | Memorandum of Law of Fahnestock & Co. Inc., in Opposition to Plaintiffs' Motion for Leave to Amend the Complaint | 11/17/2004 |
| 36- | Lette to Judge Casey from Stephen Wagner | 11/22/2004 |
| 37- | Letter Dated 11/22/04 to Judge Casey from Max Folkenflik | 11/22/2004 |
| 38- | Letter dated 12/3/04 to Judge Casey from Max Folkenflik | 12/3/2004 |
| 39- | Plaintiffs' Reply Momorandum of Law in Support their Motion for Leave to file a First Amended Complaint | 12/3/2004 |
| 40- | Letter dated 12/21/04 to Judge Casey from Donald Corbett | 12/21/2004 |

| Tab# | Description | Date |
|------|-------------|------|
| | **Volume** | |
| 41- | Memorandum Opinion & Order | 3/1/2005 |
| 42- | Letter to Judge Casey from Max Folkenflik | 3/22/2005 |
| 43- | Plaintiffs' First Amended Complaint for Securities Fraud, Market Manipulation, Rico and Common Law Claims | 4/7/2005 |
| 44- | Letter to Judge Casey from Max Folkenflik | 4/13/2005 |
| 45- | Notice of Motion of Defendant Fahnestock & Co. Inc. to Dismiss the Amended Complaint | 5/9/2005 |
| 46- | Declaration of Jonathan Francis in Support of Bear, Stearns & Co, Inc. Bear, Stearns Securities Corp., and Richard Harriton's Motion to Dismiss the First Amended Complaint | 5/9/2005 |

| Tab# | Description | Date |
|---|---|---|
| | **Volume** | |
| 47- | Notice of Motion | 5/9/2005 |
| 48- | Affirmation of Donald Corbett | 5/9/2005 |
| 49- | Memorandum of Law of Bear, Stearns & Co. Inc. and Bear, Stearns Securities Corp. and Richard Harriton in Support of their Motion to Dismiss the First Amended Complaint | 5/9/2005 |
| 50- | Memorandum of Law of Isaac Dweck, Individually and as Custodian for Nathan Dweck, Barbara Dweck, Morris Dweck, Ralph Dweck and Jack Dweck in Support of their Motion to Dismiss the First Amended Complaint | 5/9/2005 |
| 51- | Memorandum of Law of Fahnestock & Co. Inc., in Support of its Motion to Dismiss the Amended Complaint | 5/9/2005 |
| 52- | Memorandum of Law of Barry Gesser and Apollo Equities in Support of their Motion to Dismiss the Amended Complaint | 5/9/2005 |
| 53- | Memorandum of Wolfson Defendants to Dismiss Pursuant to Federal Rule Civil Procedure 12(B)(1) and 12(B)(6) | 5/9/2005 |
| 54- | Notice of Motion Oral Argument Requested | 5/9/2005 |
| 55- | Letter dated 5/25/05 to Judge Casey from Max Folkenflik | 5/25/2005 |

**Box 16**:

- Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

Redweld 1: Ryan Donahue Working File
1. Correspondence with Judge / Docket
2. Research - **PRIVILEGED**

Redweld 2: Various Correspondence
1. 99 Civ. 0793 (RCC) Memorandum Opinion & Order - 8/9/2004
2. RICO/PLSRA Draft - 11/13/2004 - **PRIVILEGED**
3. Practice Before US District Judge Richard Conway Casey - 11/10/2004 – **Contains Some Privileged Communications**
4. 99 Civ. 0793 (RCC) Memorandum Opinion & Order - 3/1/2005
5. Letter to All Counsel - 8/31/2004

Redweld 3:
1. Re: Andrew Bressman (98-8700A) - 11/7/2002

Redweld 4: Various Drafts
1. Amended Complaint Draft - **PRIVILEGED**
2. Standard for Leave to Amend -  **PRIVILEGED**
3. Plaintiff's Seventh Claim Should Be Rejected - 11/15/2004 - **PRIVILEGED**
4. Plaintiff's Fourth Claim Should Be Rejected - 11/15/2004 - **PRIVILEGED**
5. The Plaintiff's Motion Should Be Denied **PRIVILEGED**

Redweld 5: DAC Gesser File
1. Docket
2. Various Correspondences - **Contains Some Privileged Correspondences**
3. Attorney Notes - **PRIVILEGED**
4. Consent to Change Attorneys - 9/22/2005
5. Notice of Motion to Withdraw as Attorneys for Barry Gesser & Apollo Equities - 8/16/2004

Redweld 6: Correspondence Re: Appeal Correspondence
1. Correspondence with Honorable P. A. Crotty - **Contains Some Privileged Documents**
2. Correspondence Re: Withdraw as Counsel
3. Notice of Hearing Date and Correspondences Re: Availability

Redweld 7: Documents Re: Wolfson Settlement Trustee

Redweld 8: Miscellaneous Correspondences - **Contains Some Privileged Documents**

Redweld 9: Miscellaneous Correspondences - **Contains Some Privileged Documents**

**Box 17**: Barcode - 322947

- Contains Previously Produced Documents relating to Wolfson Defendants [AP20/ ARB 0003794 - 0006203], including:

1. United Congregation Mesarah / Wolfson (just cover page, no documents)
2. Operations / Wolfson
3. Personnel / Wolfson

4-5. Regulatory / Wolfson

6. Miscellaneous / Wolfson

7-8. Corporate Finance: Breslow & Walker / Wolfson

**Box 18**: Barcode - 322949

Redweld 1: Dweck v. Wolfson - Index Number 161995/2015

    1. Summons - 11/18/2015

    2. Settlement Documents

        a. Stipulation of Discontinuance With Prejudice - 12/31/2015

        b. Settlement Agreement - 12/31/2015 - **CONFIDENTIAL**

Redweld 2-3: Giddens v. Wolfson et al. - Case Number 98-8709

    1. Miscellaneous Correspondences - **Contains Some Privileged Documents**

Redweld 4: Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

    1. Miscellaneous Documents, Communications and Attorney's Notes - **Contains Some Privileged Documents**

        a. CD Wolfson Defendants' Trading Records

Redweld 5: Mohammed Fezzani, et al. v. Bear Stearns & Co. Inc., et al. - Case Number 99-0793

    1. Transcript Order Form - 9/9/2016

    2. Docket

    3. Miscellaneous Correspondences - **Contains Some Privileged Documents**

    4. Discovery Document: Project Proposal and Scope of Work - 1/7/2016 -

Redweld 6:

    1. P&L Binder - **PRIVILEGED**

    2. Folder - Miscellaneous Court Documents

    3. Attorney's Notes - **PRIVILEGED**

    4. Folder - Baron Trustee Report 12/30/03 - **Contains Some Privileged Documents**

    5. Folder - Decisions - **PRIVILEGED**

    6. Folder - Wolfson Discovery - **PRIVILEGED**

    7. Folder - Discovery - **PRIVILEGED**

**Box 19**: Barcode - 322953

Binder #1: Sorkin Working Binder, annotated - **PRIVILEGED**
Binder #2: Morris Wolfson Testimony Binder, annotated - **PRIVILEGED**
Binder #3: Exhibits from First Amended Complaint, annotated - **PRIVILEGED**
Binder #4: Opinions & Orders Binder, annotated - **PRIVILEGED**
Binder #5: Transcripts Binder, annotated **PRIVILEGED**
Binder #6: P&L Binder, annotated **PRIVILEGED**
Binder #7: Amit Working Binder, annotated - **PRIVILEGED**