UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMMED FEZZANI, *et al.*,

               Plaintiffs,               99 Civ. 0793 (PAC)

  -against-                           **ORDER**

BEAR, STEARNS & COMPANY INC., *et al.*,

               Defendants.
------------------------------------------------------------X

    The Dweck and Wolfson Defendants have each filed motions (*see* ECF Nos. 341, 342) objecting to Magistrate Judge Cott's partial denial of leave for Defendants to amend their Answers (*see* ECF No. 338). Defendants move the Court to either (1) overrule Magistrate Judge Cott and grant *de novo* the motions to amend or (2) defer its decision until after ruling on Defendants' motions to dismiss for lack of subject matter jurisdiction.

    Earlier today, the Court issued its order denying those motions to dismiss for lack of subject matter jurisdiction. The instant motions were filed on March 29, 2022, two days prior to that ruling. The Court thus **DENIES** the instant motions without prejudice and grants Defendants leave to refile in light of and subject to the Court's order, *inter alia*, denying the motions to dismiss.

    Should Defendants wish to proceed with their objections to Judge Cott's order, the parties are directed to present a proposed briefing schedule at a pre-motion conference on **April 14 at 10am ET**. Further, assuming Defendants intend to continue moving in tandem, they should be prepared to justify continuing to cumulatively brief separate motions seeking identical relief.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 341 and 342.

Dated: New York, New York                       SO ORDERED
       March 31, 2022

                                                        HONORABLE PAUL A. CROTTY
                                                      United States District Judge