UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

MOHAMMED FEZZANI, *et. al.*,

        Plaintiffs,

   -against-

BEAR, STEARNS & COMPANY, INC., *et. al.*,

        Defendants.
-------------------------------------------------------

99-CIV-0793 (PAC)(JLC)

NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that Defendants Morris Wolfson and Aaron Wolfson (the "Wolfson Defendants" or the "Wolfsons") having previously moved this Court for an order pursuant to Federal Rule of Civil Procedure 25(a)(1) to dismiss certain deceased Plaintiffs and certain others they claim to be "former plaintiffs", Plaintiffs, Robert Blank and Carol Cung hereby move for an order for an order substituting Robert Blank in place of Dr. Victoria Blank and Carol Cung in place of Adam Cung as the proper parties in this proceeding.  The grounds for the motion are that Robert Blank is the personal representative of Dr. Victoria Blank and Carol Cung was the personal representative of the Estate of Adam Cung and is currently the transferee of the claims of Adam Cung .

    The motion is supported by Plaintiffs' Memorandum Of Law In Opposition To Wolfson Defendants' Motion To Dismiss The Claims Of Five Former Plaintiffs, and the Declaration of Max Folkenflik sworn to February 22, 2023, and the exhibits thereto.  Pursuant to the Court's order, Defendants' Opposition is due on March 3, 2023, and  Plaintiffs' Reply is due on March 10, 2023.

Dated: New York, New York
      August 4, 2022

                                            Folkenflik & McGerity LLP

                                            By:   /s/ Max Folkenflik
                                                   1500 Broadway, Suite 810
                                                   New York, New York 10036
                                                   (212) 757-0400
                                                   Email: mfolkenflik@fmlaw.net
                                                 *Attorneys for Plaintiffs*