

March 7, 2023

**Via ECF**

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14C
New York, NY 10007-1312

    Re:    *Mohammed Fezzani, et al. v. Bear, Stearns & Co., Inc. et al.,*
               No. 99-CV-0793 (PAC)

Dear Judge Crotty:

    We write this letter on behalf of Defendants Aaron and Morris Wolfson to update this Court with new information relevant to the pending motion to dismiss the late Abraham Wolfson as a party defendant in this case. ECF 395. Further, this letter also relates to a pending motion by Plaintiffs to substitute the Estate of Abraham Wolfson for the late Abraham Wolfson (ECF 400), and the Wolfson Defendants opposition to that motion. ECF 404.

    We are advised that the New York Surrogate Court on January 20, 2023, formally appointed Shlomo Wolfson as personal representative of the Estate of Abraham Wolfson. The motion for Mr. Wolfson's appointment as personal representative of the Estate had been pending since February 2022.

    The Court should take this recent development into account in determining the noted pending motions now before this Court. During the now concluded discovery phase of this case, in the absence of a personal representative of the client, counsel has not been able to complete any discovery relating to the Estate of Abraham Wolfson or the late Abraham Wolfson.

                                         Respectfully submitted,

                                                    /s/

                                               Richard A. Kirby