UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOHAMMED FEZZANI, *et al.*,

                Plaintiffs,                            99 Civ. 0793 (PAC)

-against-                                      **ORDER**

BEAR, STEARNS & COMPANY INC., *et al.*,

                Defendants.
------------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

On August 23, 2023, Defendants wrote to this Court "seeking an order denying with prejudice Plaintiffs' renewed motion for substitution of Robert Blank in place of deceased Plaintiff Dr. Victoria Blank in this action." ECF No. 473. On October 3, 2023, Plaintiff responded, informing the Court that Mr. Blank and his family "did not wish to continue as parties to this action." ECF No. 489. Accordingly, the Court **DENIES** with prejudice Plaintiffs' renewed motion for substitution of Robert Blank in place of deceased Plaintiff Dr. Victoria Blank, ECF No. 451, and dismisses Dr. Victoria Blank as a party to this action.

Dated: New York, New York                            SO ORDERED
       October 5, 2023

                                                          PAUL A. CROTTY
                                                          United States District Judge

1