UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMMED FEZZANI, ET AL., | ) |
| Plaintiffs, | ) No. 99-CV-0793 (JPC) (JLC) |
| v. | ) **STATEMENT OF DEATH** |
| BEAR, STEARNS & COMPANY, INC. ET AL., | ) |
| Defendants. | ) |

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, counsel for Isaac R. Dweck, individually and as custodian for Nathan Dweck, Barbara Dweck, Morris I. Dweck, Ralph I. Dweck, and Jack Dweck (the "Dweck Defendants") hereby gives notice of the death of Plaintiff Mohammed Fezzani (a/k/a Mohamed Fezzani) in September 2023. This notice will be served via ECF and email on all remaining counsel of record.

Dated: New York, New York
        April 15, 2024

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Robert A. Horowitz
Robert A. Horowitz
Anne C. Reddy
200 Park Avenue
New York, New York 10166
(212) 801-9200
horowitzr@gtlaw.com
*Attorneys for the Dweck Defendants*