# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MOHAMMED FEZZANI et al.,

                            Plaintiffs,                      99 **CIVIL** 0793 (JPO)

        -against-                                   **<u>JUDGMENT</u>**

ISAAC R. DWECK, individually and as custodian for
Nathan Dweck, et al.,

                          Defendants.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 13, 2024, Defendants' motions for summary judgment are granted. To the extent not discussed in the opinion, Defendants' motions to strike are denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          August 14, 2024

                                                  **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                           **BY**   _/s/ Nesom Dulel_
                                             **Deputy Clerk**